Clerk's Office
Filed Date: 6/17/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLAUDIA ASSOULINE,<br><br>Plaintiff,<br><br>-against-<br><br>REGENLAB USA LLC and ANTOINE TURZI, in his individual and professional capacities,<br><br>Defendants. | Civil Case No. 22 CV 00609<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Claudia Assouline ("Plaintiff") and Defendants RegenLab USA LLC and Antoine Turzi (collectively "Defendants"), by and through their undersigned counsel, who are authorized by Plaintiff and Defendants to execute this Stipulation, that the above-captioned action be and hereby is dismissed in its entirety with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

KAUFMAN LAW FIRM PLLC.
250 w. 16TH Street, 2G
New York, New York 10011
(646) 469-9180
meredith@kaufmanlawnyc.com

Dated: May _16_, 2022
New York, New York

By: /s Meredith Kaufman
Meredith Kaufman

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS LLP

666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

Dated: ~~May~~ June 16, 2022
New York, New York

By: ______________________
Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS

It Is SO ORDERED this
17 day of June 2022

S/MArgo K. Brodie
U.S. District Judge Margo K. Brodie